UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
Sitting at Kansas City

CHRISTENSON MEDIA GROUP INC. f/k/a/ )
CHRISTENSON, BARCLAY, AND SHAW, INC., )
A Missouri corporation )
)
      Plaintiff )
)
v. )
)
LANG INDUSTRIES, INC., a New York )
Corporation, and ENVIROVENTURES, INC., )
A New York corporation )
)
      Defendants )

## MOTION TO DISMISS

COMES NOW Defendants, Lang Industries, Inc. and Enviroventures, Inc., by and through their attorney, Camron L. Hoorfar of the Law Office of Camron Hoorfar, P.C., and files this Motion to Dismiss with the United States District Court for the District of Kansas. In support of this Notice of Removal, the Defendants state as follows:

INTRODUCTION

The Defendants are New York Corporations (see Exhibit A). Plaintiff is a Missouri corporation doing business in Kansas. Plaintiff filed this action in the District Court of Johnson

County, Kansas, alleging breach of a series of contracts based upon advertising services allegedly provided to the Defendants (see Exhibit B). Defendants have since filed a Notice of Removal with this court.

The complaint filed by the Plaintiff refers to contracts for advertising services allegedly entered into by the Defendants. However, the Plaintiff failed to attach copies of such contracts to the summons. Following the service of the complaint, the Defendant's New York counsel, John Hector, requested copies of the alleged contracts and was provided with copies of two (2) contracts dated April 2009 and August 2009 (see Exhibit C).

Neither contract provided by the Plaintiff has a basis for this action against the Defendants herein. Instead, the contracts are between the Plaintiff and "Roto-Rooter Franchisees". Defendants contend that "Roto-Rooter Franchisees" is neither a subsidiary nor an affiliate of the Defendants (see Exhibit D).

THIS COURT HAS THE AUTHORITY TO DISMISS THE COMPLAINT PURSUANT TO FRCP 12(b)(2)

The complaint herein is based upon allegations that the named Defendants breached contracts that each had with the Plaintiff. No contracts have been attached to the complaint, or produced in any other manner, that would establish that any contract has ever existed between the Plaintiff and the Defendants.

FRCP 12(b)(2) requires that a plaintiff establish personal jurisdiction over the Defendants. The Plaintiff alleges in its complaint that the Defendants are subject to the jurisdiction of Kansas courts pursuant to paragraph 14 of the subject contracts. However, the above named Defendants are not named parties to the contracts produced by the Plaintiff. Therefore, the Plaintiff's attempt to subject the above named Defendants to personal jurisdiction based upon the contracts entered into with "Roto-Rooter Franchisees" must fail.

The Plaintiff has not alleged that the Defendants have conducted business in Kansas or that they meet the minimum contacts requirements. In fact, the Defendants do neither.

THE COURT HAS THE AUTHORITY TO DISMISS THE COMPLAINT PURSUANT TO FRCP 12(b)(3)

The Plaintiff alleges jurisdiction over the above named Defendants based upon paragraph 14 of the subject contracts (see Exhibit C). Paragraph 14 of the contract is a forum clause which states that jurisdiction shall be in Kansas for the parties to the contract. However, the above named Defendants are not parties to the contracts alleged and produced by Plaintiff.

FRCP 12(b)(3) provides that a defendant may seek to dismiss the complaint against it where the forum selected by Plaintiff is an improper venue. Plaintiff does not make any allegations in its complaint which would support the notion that Kansas is a proper venue for te case, other than the forum selection clause, to which the above named Defendants are not subject. No facts exist which would support an argument that Kansas is a proper venue for this matter, and accordingly Plaintiff has alleged none.

WHEREFORE, the Defendants respectfully request that this Motion to Dismiss be granted in its entirety.

Respectfully submitted,

/s/ Camron Hoorfar
Camron Hoorfar, KS Bar #24008

Law Office of Camron Hoorfar, P.C.
202 SW Market Street
Lee's Summit, Missouri 64063
Phone: (816) 524-4949
Fax: (816) 524-4963
Email: choorfar@hoorfarlaw.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Removal has been properly delivered on this 24th day of November, 2010 by United States mail, first class postage paid to:

Keith Shuttleworth

Shuttleworth Law Firm, LLC

9260 Glenwood

Overland Park, Kansas 66212

Attorney for Plaintiff

and on the same date, I submitted the above and foregoing to the Clerk of the District Court via electronic mail.